IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARL FRANKLIN RUSSELL                                                    PLAINTIFF

vs.                                       Civil No. 4:14-cv-04061

CAROLYN COLVIN                                                           DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 28th day of April 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   IT IS SO ORDERED.

                                                /s/  Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                U. S. MAGISTRATE JUDGE